# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

United States of America )
v. )
Koda Alshawn Coats ) Case No: 2:09-CR-04003-NKL-2
) USM No: 21080-045
Date of Original Judgment: 04/08/2010 )
Date of Previous Amended Judgment: ) Pro se
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Ms. Coats already received a variance in her original sentence to reflect the lower guidelines eventually incorporated into § 3582(c)(2). Therefore, there is no difference between the guidelines applied to her original sentence and the guidelines under § 3582(c)(2).

Except as otherwise provided, all provisions of the judgment dated 04/08/2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/09/2014

s/ Nanette K. Laughrey
*Judge's signature*

Effective Date: _____
*(if different from order date)*

NANETTE LAUGHREY, United States District Judge
*Printed name and title*